# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN JOHN GARDIPEE, <br><br> Defendant. | CR 19-12-GF-BMM <br><br><br> ORDER |

Upon unopposed motion of the United States and for good cause shown, IT IS ORDERED that the defendant's Motion to Dismiss (Doc. 29) is DENIED AS MOOT subject to renewal if the defendant withdraws his motion to change plea, or the plea agreement is not accepted by the Court at the change of plea hearing on July 31, 2019. IT IS FURTHER ORDERED that all pretrial deadlines are VACATED pending the change of plea hearing on July 31, 2019.

DATED this 8th day of July, 2019.

_____
Brian Morris
United States District Court Judge